RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 8/18/11

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| LAUCETTA MCMURRY | CIVIL ACTION NO. 10-1185 |
| VERSUS | JUDGE ROBERT G. JAMES |
| MICHAEL J. ASTRUE, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | MAG. JUDGE KAREN L. HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Commissioner's decision be **AFFIRMED**, and this matter **DISMISSED WITH PREJUDICE**.

THUS DONE AND SIGNED in chambers, this 18 day of August 2011 in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE